UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA BARNES GRAHAM,
as personal representative of the Estate of
DELVAN BARNES,

Plaintiff,

-vs-                                                                    Case No. 6:05-cv-823-Orl-19JGG

DANNY WILKINS, JAMES WOODS, SGT.
JEFFREY ARMSTRONG, GEORGE
HARRISON, DEXTER WESTBROOK,
KEITH MACEY, FRED POWERS, AND
RAYMOND DUNBAR,

Defendants.

## ORDER TO SHOW CAUSE AND ORDER ON MOTION

On or before April 26, 2006, Plaintiff Patricia Barnes Graham shall show cause in writing why this case should not be dismissed pursuant to Local Rule 3.10 (failure to prosecute) for failure to comply with this Court's order of December 15, 2005 (Docket No. 51) (requiring that alternate counsel for Plaintiff file a notice of appearance on or before January 16, 2006)[1] and with this Court's order of April 7, 2006 (Docket No. 59) (requiring Graham to appear at a show cause hearing before the undersigned on April 13, 2006). Failure to comply with this order may result in the dismissal of the case without prejudice.

---

[1] *See Reshard v. Britt*, 839 F.2d 1499 (11th Cir. 1988) (*en banc*) (affirming as a matter of law disqualification of a *pro se* representative of an estate).

Defendant Danny Wilkins' Motion to Dispense with Mediation (Docket No. 58) is **GRANTED** in part and **DENIED** in part. The Court denies the request to dispense with mediation. Nevertheless, the mediation deadline of April 28, 2006 (Docket No. 17 at 2) is postponed. The undersigned will set a new mediation deadline, if necessary, when the show cause order against Plaintiff Barnes Graham is resolved.

**DONE and ORDERED** in Orlando, Florida on this 13th day of April, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Plaintiff Patricia Barnes Graham
2486 N.W. 80th St.
Miami, FL 33147

Counsel of Record